IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELEKTRA ENTERTAINMENT GROUP, INC., et. al.**          **PLAINTIFFS**

V.                              4:05CV01016

**JAY BARNETT**                                          **DEFENDANT**

## ORDER

The Clerk is directed to change the name of Defendant Jay Barnett to his correct name, Steven Barnett, Jr., as reflected in the Motion for Extension of Time filed August 30, 2005.

IT IS SO ORDERED this 1st day of September, 2005.

*/s/ James M. Moody*
James M. Moody
United States District Judge