IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., *et al.*, | § § § | |
| Plaintiffs, | § § | Case No.: 4-05-CV-1016 (JMM) |
| vs. | § § | |
| STEVEN BARNETT, JR, | § § § | |
| Defendant. | § | |

## ORDER

Pending is Plaintiff's motion to compel discovery. (Docket # 18). Defendant has not responded and has not provided the requested discovery. Pursuant to FED. R. CIV. P. 37 and for good cause shown, Plaintiff's motion to compel is GRANTED.

Defendant is directed to provide full and complete responses to Plaintiffs' First Set of Interrogatories and Requests for Production within ten days of the entry of this Order. Defendant is deemed to have waived any objections to Plaintiffs' First Set of Interrogatories and Requests for Production. Pursuant to FED. R. CIV. P. 36(a) and because Defendant has failed to provide timely responses, Defendant is deemed to have admitted Plaintiffs' First Set of Requests for Admissions.

IT IS SO ORDERED this 2nd day of August, 2006

James M. Moody
United States District Judge