IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELEKTRA ENTERTAINMENT**
**GROUP, INC., et. al.**                                                                  **PLAINTIFFS**

V.                                            4:05CV01016

**STEVEN BARNETT, JR.**                                                      **DEFENDANT**

**ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

On October 13, 2006 the Court issued an order directing the defendant to file and respond to the United States District Court for the Eastern District of Arkansas on or before the 27th day of October, 2006, to show cause why he has not responded to Plaintiff, Elektra Entertainment Group, Inc.'s motion for sanctions and for default judgment filed September 20, 2006. Defendant has not responded to the Court's Order.

Accordingly, for good cause shown, it is hereby ORDERED and ADJUDGED that :

1. Plaintiffs ask the Court to strike Defendant's answer as a sanction for Defendant's failure to respond to Plaintiffs' discovery requests. As Defendant has still failed to respond sufficiently, and has failed to comply with the Court Order dated August 2, 2006, directing responses, Defendant's answer is stricken pursuant to Fed. R. Civ. P. 37(b)(2)(C). Furthermore, his answer having been stricken, the Defendant is adjudged to be in default.

2. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act, 17 U.S.C. §504(c)(1), for each of the sound recordings listed in Exhibit A of the Complaint. Accordingly, having been adjudged

        to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $5,250.

3.   Defendant shall further pay Plaintiffs' costs of suit herein in the amount of $399.40.

4.   Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I Turn to You" on "Christina Aguilera" by "Christina Aguilera" (SR #274-004);
- "Make It Last Forever" on "Make It Last Forever" by "Keith Sweat" (SR # 86-761);
- "My Love Is Your Love" on "My Love Is Your Love" by "Whitney Houston" (SR # 298-453);
- "What's Your Fantasy" on "Back For the First Time" by "Ludacris" (SR # 289-433);
- "One Sweet Day" on "Daydream" by "Miriah Carey" (SR # 215-243);
- "These Are the Times" on "Enter the Dru" by "Dru Hill" (SR # 290-40);
- "Bag Lady" on "Mama's Gun" by "Erykah Badu" (SR # 295-614);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

IT IS SO ORDERED this 2nd day of November, 2006.

James M. Moody
United States District Judge