**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ELEKTRA ENTERTAINMENT**
**GROUP, INC., et. al.**                                                **PLAINTIFFS**

**V.**                          **4:05CV01016**

**STEVEN BARNETT, JR.**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order granting Default Judgment and Permanent Injunction entered this date, judgment is hereby entered in favor of the Plaintiffs.

IT IS CONSIDERED, ORDERED AND ADJUDGED that Plaintiffs, Elektra Entertainment Group Inc., UMG Recordings, Inc., Sony BMG Music Entertainment, Motown Record Company, L.P., BMG Music and Arista Records LLC have and recover of and from the Defendant, Steven Barnett, Jr., the sum of $5, 250.00, five thousand two hundred and fifty dollars, together with costs in the amount of $399.40, three hundred and ninety nine dollars and forty cents, together with interest from this date until the date paid at the rate of 5.07% per annum.

DATED this 2nd day of November, 2006.

_____
James M. Moody
United States District Judge